AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

United States of America )
v. )
William Eric Jackson ) Case No: 5:04cr15-001/MCR
) USM No: 05836-017
Date of Previous Judgment: November 10, 2004 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ☒ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __31__  Amended Offense Level: __31__
Criminal History Category: __VI__  Criminal History Category: __VI__
Previous Guideline Range: __188__ to __235__ months  Amended Guideline Range: __188__ to __235__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant was sentenced as a career offender pursuant to §4B1.1 of the 2003 Guidelines Manual. Therefore, reduction of his base offense level under Amendment 706 does not result in a reduced guideline range. Defendant's total offense level remains at 31.

Except as provided above, all provisions of the judgment dated November 10, 2004 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: _March 5, 2008_                     _M. Casey Rodgers_
                                                       Judge's signature

Effective Date: _____                  M. Casey Rodgers, United States District Judge
    (if different from order date)                      Printed name and title